**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**SIXTO ALVAREZ,**

                              **Plaintiff,**

                  **v.**                                      **9:11-CV-236**

**BRIAN FISCHER,** *New York State DOCS*
*Commissioner, et al.,*

                              **Defendants.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**Sixto Alvarez**
**Plaintiff,** *pro se*

**Charles J. Quackenbush**
**New York State Attorney General - Albany Office**
**The Capitol**
**Albany, NY 12224**
**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

                              **ORDER**

        The above matter comes to me following a Report-Recommendation by Magistrate Judge

Andrew T. Baxter, duly filed on the 27th day of January 2012.  Following fourteen (14) days from

the service thereof, the Clerk has sent me the file, including any and all objections filed by the

parties herein.

        After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

        ORDERED that:

        1.  The Report-Recommendation is hereby adopted in its entirety.

        2.  The defendants' motion for summary judgment (Dkt. No. 14) is granted, and plaintiff's

claims are dismissed in its entirety as to all defendants.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.  Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: February 21, 2012
        Syracuse, New York

Honorable Norman A. Mordue
U.S. District Judge

2